Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-627**

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:**  Drawing German Shepherd Dog portrait

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  May 25, 2016
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Anna Averianova
  **Author Created:**  2-D artwork
  **Citizen of:**  Montenegro

## Copyright Claimant

**Copyright Claimant:**  Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:**  Anna Averianova
**Email:**  animalistica.me@gmail.com
**Address:**  Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:**  David Denholm
**Date:**  August 15, 2025
**Applicant's Tracking Number:**  AA2025081501



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-628

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:**    Drawing Red horse portrait

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    July 07, 2016
**Nation of 1ˢᵗ Publication:**    United States

## Author

- **Author:**    Anna Averianova
  **Author Created:**    2-D artwork
  **Citizen of:**    Montenegro

## Copyright Claimant

**Copyright Claimant:**    Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:**    Anna Averianova
**Email:**    animalistica.me@gmail.com
**Address:**    Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:**    David Denholm
**Date:**    August 15, 2025
**Applicant's Tracking Number:**    AA2025081502



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-626

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:** Drawing puppies Rhodesian Ridgeback

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 05, 2017
**Nation of 1st Publication:** United States

## Author

**Author:** Anna Averianova
**Author Created:** 2-D artwork
**Citizen of:** Montenegro

## Copyright Claimant

**Copyright Claimant:** Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:** Anna Averianova
**Email:** animalistica.me@gmail.com
**Address:** Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:** David Denholm
**Date:** August 15, 2025
**Applicant's Tracking Number:** AA2025081504



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-629

**Effective Date of Registration:**
August 15, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:**   Drawing Dog Jack Russell Terrier

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   October 25, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Anna Averianova
  **Author Created:**   2-D artwork
  **Citizen of:**   Montenegro

## Copyright Claimant

**Copyright Claimant:**   Anna Averianova
Stari Bar BB, Bar, 85000, Montenegro

## Rights and Permissions

**Name:**   Anna Averianova
**Email:**   animalistica.me@gmail.com
**Address:**   Stari Bar BB
Bar 85000 Montenegro

## Certification

**Name:**   David Denholm
**Date:**   August 15, 2025
**Applicant's Tracking Number:**   AA2025081503

Page 1 of 2

